**BALL, L.**

v.

**HOLY REDEEMER HEALTH SYSTEM**

**3761 EDA 2015**

Superior Court of Pennsylvania.

03/03/2017

Reargument Denied 5/3/2017

09–12319

(Montgomery)

Affirmed

**BALL, L.**

v.

**HOLY REDEEMER HEALTH SYSTEM**

**136 EDA 2016**

Superior Court of Pennsylvania.

03/03/2017

Reargument Denied 5/3/2017

09–12319

(Montgomery)

Affirmed

**MASCIARELLA, W.**

v.

**DEFULVIO, T.**

**2146 EDA 2016**

Superior Court of Pennsylvania.

03/03/2017

March Term 2016 3003

(Philadelphia)

Affirmed

**COM.**

v.

**ABDULLAH, A.**

**2521 EDA 2016**

Superior Court of Pennsylvania.

03/03/2017

CP–51–CR–0205311–2006

(Philadelphia)

Affirmed

